

# Fourth Court of Appeals
## San Antonio, Texas

April 22, 2022

No. 04-22-00214-CV

**IN RE** Hector **SANCHEZ**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:     Irene Rios, Justice
             Beth Watkins, Justice
             Liza A. Rodriguez, Justice

On April 11, 2022, relator filed a petition for writ of mandamus complaining that respondent, the Honorable Jessica Crawford, failed to rule on relator's motion to recuse and three other motions filed by the relator. However, on April 12, respondent signed an order recusing herself from the underlying proceeding. Under these circumstances, this court is afforded the discretion to either deny the petition for writ of mandamus or abate the proceeding to allow consideration of the pending motions by the new trial judge. *See In re Blevins*, 480 S.W.3d 542, 544 (Tex. 2013). We believe abatement under these circumstances is the better and more efficient manner of resolving this dispute. *Id.*

Accordingly, we ABATE the case for 60 days from the date of this order to allow the new trial judge to rule on relator's filed and noticed motions. During the period of abatement, relator shall present to the trial judge each issue made the subject of the pending petition for writ of mandamus and obtain a ruling on each.[2]

Relator is further ORDERED to file in this court either an amended petition and appendix or the appropriate motion to dismiss this mandamus proceeding no later than 15 days after the trial judge has ruled on all of the pending motions.

It is further ORDERED that relator's motion to proceed informa pauperis is GRANTED and relator's motion for leave to file a petition for writ of mandamus is DENIED because leave is not required to file a petition in an intermediate appellate court. *See* TEX. R. APP. P. 52.1; *In re Medina*, No. 04-19-00041-CR, 2019 WL 360534, at *1 (Tex. App.—San Antonio Jan. 30, 2019, orig. proceeding).

---

[1] This proceeding arises out of Cause No. 19-2853-CV-A, styled *In the Matter of the Marriage of Adela Porcallo and Hector Sanchez*, pending in the 25th Judicial District Court, Guadalupe County, Texas, the Honorable Jessica Crawford presiding.

[2] We hold in abeyance relator's motion for leave to invoke TEX. R. APP. P. Rule 2 during the abatement period.

It is so **ORDERED** on April 22, 2022.

PER CURIAM

ATTESTED TO: _____

MICHAEL A. CRUZ, Clerk of Court